WALTERS and Others *v.* PINXTON and Others.

Where the question is upon the weight of the evidence, and the record does not purport to contain all that was given, the judgment will not be reversed.

ERROR to the *Vermillion* Circuit Court.

*Monday, December 4.*

STUART, J.—Debt on a replevin bond. Trial by the Court. Finding and judgment for the plaintiffs. There was a motion for a new trial overruled. Certain evidence of the plaintiffs, and also of the defendants, is set out in a bill of exceptions, and it is also disclosed in the same manner that other evidence was offered and excluded. But it nowhere appears that the record contains all the evidence. The case falls within the rule in *Montgomery* v. *Doe* d. *Pearson*, 4 Ind. R. 266.

Nov. Term,
1854.

*Per Curiam.*—The judgment is affirmed with costs.

*I. Hartman* and *J. Bush*, for the plaintiffs.

*N. O. Ross*, for the defendants.